24-CV-731-JLS

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
### (Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET.** See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** **Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Arthur-Sylva: Lavallee IV ©

-vs-

**B.** **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Andrew Smith
2. Kelly Talcott
3. Thomas Kane
4. Cory Rose
5. Trevor Wallner
6.

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
### All of these sections **MUST** be answered

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Federal Question

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: All people involved reside in Chemung County

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Constitutionality of State Statutes

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Arthur-Sylva: Lavallee IV (c)

Present Address: 131 Orchard Knoll Drive

Horseheads, New York 14845

Name of Second Plaintiff:

Present Address:

**DEFENDANT'S INFORMATION  NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Andrew Smith

Official Position of Defendant (if relevant): Judge

Address of Defendant: 202 South Main Street

Horseheads, New York 14845

Name of Second Defendant: Kelly Talcott

Official Position of Defendant (if relevant): Court Clerk

Address of Defendant: 202 South Main Street

Horseheads, New York 14845

Name of Third Defendant: Thomas Kane

Official Position of Defendant (if relevant): Police Officer

Address of Defendant: 202 South Main Street

Horseheads, New York 14845

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes [ ]    No [✔]

**If Yes, complete the next section.** NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s):

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Arthur-Sylva: Lavallee IV Ⓒ

Present Address: 131 Orchard Knoll Drive
Horseheads, New York 14845

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION**  **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Cory Rose

Official Position of Defendant (if relevant): Police Sergeant

Address of Defendant: 202 South Main Street
Horseheads, New York 14845

Name of Second Defendant: Trevor Wallner

Official Position of Defendant (if relevant): State Trooper

Address of Defendant: 3250 Watkins Road
Horseheads, New York 14845

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.**   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes [ ]   No [✔]

**If Yes, complete the next section.**  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

2.    Court (if federal court, name the district; if state court, name the county):_____

_____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

      Is it still pending?  Yes ☐  No ☐

          If not, give the approximate date it was resolved._____

    Disposition (check those statements which apply):

    ☐ Dismissed (check the statement which indicates why it was dismissed):

        ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ☐ By court due to your voluntary withdrawal of claim;

    ☐ Judgment upon motion or after trial entered for

        ☐ plaintiff

        ☐ defendant

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (*date of the incident*) 06/29/2024 ,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) Thomas Kane
Horseheads Village Police Officer and Cory Rose Horseheads Village Police Sergeant

did the following to me (*briefly state what each defendant named above did*): Violated the unalienable rights of i to travel among the highways as defined in New York State Article 21 General Provisions: Section 21.05.The officers state(d) and cited that i was required to have a New York State vehicle registration and inspection on top of the DOT# issued by the Federal Motor Carriers Association that is clearly visible on the conveyance of i. The DOT# is private, not for hire, non-commercial use only. The officers still attempted to contract with i even after declining to contract. The oficers then impounded my private conveyance. I was verbally given a court date of 05/08/2024. i submitted a affidavit of negative averment to the Horseheads Village Police Chief. See Attached

The federal basis for this claim is: 18 USC 241, 18 USC 242, Article 4, 6, 7, 9 Bill of Rights

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*

**B. SECOND CLAIM:** On (*date of the incident*) 05/08/2024

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Horseheads Village Judge Andrew Smith, Horseheads Village Clerk Kelly Talcott, Horseheads Village Police Officer Thomas Kane, Horseheads Village Police Sergeant Cory Rose.

did the following to me (*briefly state what each defendant named above did*): While in court i was gang pressed by Horseheads Village Police Officer Thomas Kane and Horseheads Village Police Seargeant Cory Rose while i addressed Horseheads Village Judge Andrew Smith. The Assistant District Attorney and the Public Defender left the court and were not present as i addressed Judge Andrew Smith. I stood on the unalienable rights of i and did not consent to any civil/criminal contract. Judge Andrew smith along with above mentioned officers forced i into fingerprinting and photographing i under stress, duress and coercion without conviction of a crime. Timothy Hosley bears witness to this event

The federal basis for this claim is: 18 USC 241, 18 USC 242, Article 1, 4, 5, 6, 7, 8, 9 and 10 of the Bill of Rights

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*
File a claim of harm and trespass for damages

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

did the following to me (*briefly state what each defendant named above did*): _____

_____

_____

_____

_____

_____

_____

_____

The federal basis for this claim is: _____

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

_____

_____

**B.** ~~**SECOND**~~ *Third* **CLAIM:** On (*date of the incident*) 06/09/2024

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Horseheads Village Judge Andrew Smith, New York State Trooper Trevor Wallner, Horseheads Village Police Department

did the following to me (*briefly state what each defendant named above did*): See Attached Affirmation

_____

_____

_____

_____

The federal basis for this claim is: 18 USC 241, 18 USC 242, Article 1, 4, 5, 6, 7, 8, 9 and 10 of the Bill of Rights

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
File a claim of harm and trespass for damages

_____

_____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

did the following to me (*briefly state what each defendant named above did*): _____

_____

_____

_____

_____

_____

_____

The federal basis for this claim is: _____

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

_____

**B. SECOND CLAIM:** On (*date of the incident*) 06/09/2024 _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Horseheads Village Judge Andrew Smith, New York State Trooper Trevor Wallner, Horseheads Village Police Department

did the following to me (*briefly state what each defendant named above did*): See Attached Affirmation

_____

_____

_____

_____

The federal basis for this claim is: 18 USC 241, 18 USC 242, Article 1, 4, 5, 6, 7, 8, 9 and 10 of the Bill of Rights

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: File a claim of harm and trespass for damages

_____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

97,126,500.00 and/ or removal from public office along with complete ownership of all parties bonds.

Do you want a **jury trial**?  Yes ☑  No ☐

# I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/10/2024
_____
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
_____
_____
Signature(s) of Plaintiff(s)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the
_Western_ District of _New York_

_____ Division

|  |  |
|---|---|
| _arthur-sylvai lavallee IV ©_ | ) |
| Plaintiff(s) | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| _andrew Smith, cory Rose, thomas kane_ | ) |
| _-v-_ | ) |
| _Trevor Wallner, kelly Talcott_ | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendant(s) | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

Case No. _24-CV-731-JLS_
_(to be filled in by the Clerk's Office)_

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| Name | _arthur-sylvai lavallee IV ©_ |
|---|---|
| Street Address | _c/o 131 orchard knoll drive_ |
| City and County | _Horseheads, ~~for~~ Chemung County_ |
| State and Zip Code | _New York 14845_ |
| Telephone Number | _607-731-7297_ |
| E-mail Address | _sickcarz@protonmail.com_ |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name — Andrew Smith

Job or Title *(if known)* — Judge

Street Address — 202 South Main Street

City and County — Horseheads, Chemung County

State and Zip Code — New York 14845

Telephone Number — 607 739-0158

E-mail Address *(if known)*

Defendant No. 2

Name — Kelly Talcott

Job or Title *(if known)* — Court Clerk

Street Address — 202 South Main Street

City and County — Horseheads   Chemung County

State and Zip Code — New York 14845

Telephone Number — 607 739-0158

E-mail Address *(if known)* — ktalcott @ nycourts.gov

Defendant No. 3

Name — Thomas Kane

Job or Title *(if known)* — Police Officer

Street Address — 202 South Main Street

City and County — Horseheads   Chemung county

State and Zip Code — New York 14845

Telephone Number — 607 739-5669

E-mail Address *(if known)* — tkane @ horseheads.org

Defendant No. 4

Name — Cory Rose

Job or Title *(if known)* — Police Sergeant

Street Address — 202 South Main Street

City and County — Horseheads   Chemung County

State and Zip Code — New York 14845

Telephone Number — 607 739-5669

E-mail Address *(if known)* — crose @ horseheads.org

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 5

    Name                       Trevor Wallner

    Job or Title *(if known)*   State Trooper

    Street Address           3250 watkins road

    City and County        Horseheads, Chemung County

    State and Zip Code    New York   14845

    Telephone Number    607 739 5924

    E-mail Address *(if known)*

Defendant No. 6

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 7

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 8

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*18 USC 241 + 18 USC 242   Article 1 Article 4, Article 5 Article 6, article 7  article 8 article 9  article 10 Bill of Rights*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)*

        _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   **What are the facts underlying your claim(s)?**  *(For example: What happened to you? Who did what?*
     *Was anyone else involved? Who else saw what happened?)*

① I was detained for following a horseheads village police officer too close - i declined to contract as i have a private DOT# on the conveyance. ② went to court and stood on all rights under the FMCA and new york state constitution and another charge was added on top of everything charged - obstruction of a governmental admin. 3rd degree - i declined to contract, forced into fingerprints & photographs ③ See attached notice of AFFIRMATION

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. I am harmed And trespassed on by being arrested. and detained for standing on the unalienable rights of i. the public officials and the violations of their oath of office to protect the unalienable rights of i require. a full review with removal from public service and the revokation of any and all bonds.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached Fee schedule and true Bill in the amount of $97,126,500.00.

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

① Town of Horseheads on route 14 northbound lane traffic stop deprived right to travel and vehicle stolen by horseheads village police.
② Horseheads village court - Judge Andrew Smith practicing law from the bench without any prose cut OR present - 2 officers that pulled i over in traffic present and deprive my the right to face accusers.
③ Town of horseheads + village of horseheads - arrested on principal/bench

B.    What date and approximate time did the events giving rise to your claim(s) occur?   warrant, warrant was never served after asking for it. See attached explanation
① 4/29/2024  8:44 pm
② 5/8/2024  8:15 pm
③ 6/28/2024  2:30 pm

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7/10/2024

Signature of Plaintiff    arthur—sylvai lavallee IV

Printed Name of Plaintiff    arthur—sylvai lavallee IV

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## NOTICE OF AFFIDAVIT OF NEGATIVE AVERMENT

lavallee: sylva-arthur IV©
c/o 131 orchard knoll drive
horseheads, new york [14845]
607-731-7297

Horseheads Village Chief of Police
Michael Suhey
202 South Main Street
Horseheads, New York 14845

Dear Honorable Michael Suhey,

I hope this letter finds you well. I come in honor and in the peace of Jesus Christ to speak when a crime has been committed. I, as a sovereign elector, am obligated to put you on notice of the crime against I. Please see the attached notice of affidavit of negative averment against the officers of the Horseheads Police Department. I appreciate your time in this matter and look forward to remedy in this controversy.

Sincerely,

/s/ *lavallee : Sylva-arthur IV*
ATTORNEY IN FACT FOR
ARTHUR SYLVA LAVALLEE IV©

## AFFIDAVIT OF NEGATIVE AVERMENT

lavallee: sylva-arthur IV.
c/o 131 orchard knoll drive
horseheads, new york [14845]
607-731-7297

State of New York
County of Chemung
Village of Horseheads

A sovereign elector is not acting as a citizen of any government and owes no obligations to the government beyond keeping the peace and reporting crimes, who's rights are endowed from their creator, as in God, with certain unalienable rights.

As a sovereign body elector being of sound mind and lawful capacity ask ;

1. Can the Officer prove that there is no evidence that he didn't hold me at gunpoint and attempt to traffic my person?

2. Can the Officer prove there is no evidence that he isn't working for a private corporation?

3. Can the Officer prove that he is actually in fact a police or policy enforcer for the original Republic of the United States and The State of New York?

4. Can the Officer prove there is no evidence that he has signed an oath to the de jure Republic of the United States and the State of New York?

5. Can the Officer prove how he did not harm the sovereign elector?

6. Can the Officer prove how he did not interfere in my life, liberty and pursuit of happiness?

7. Can the Officer provide the affidavit of complaint brought forth by the man or woman under Law as cited under the 5th amendment?

8. Can the Officer provide evidence of the Law that allows him to be the witness and the enforcer of the Law?

9. Can the Officer provide the Law under the 9th amendment or the State of New York Constitution where the sovereign elector does not have a right to travel in his own private conveyance?

10. Can the Officer provide the Law that authorizes the officer to grand theft of a private conveyance?

11. Can the Officer provide the Law that requires a sovereign elector to have a private conveyance registration with The State of New York?

Page 1 of 3

12. Can the Officer provide the Law that says as a sovereign elector is not allowed to have a Federal Motor Carriers Association Private, Not for Hire, Non-commercial use only DOT #?

13. Can the Office provide the Law that converts any unalienable Right to a Privilege?

I state under penalty of perjury that as a sovereign elector being of sound mind and of majority of age, I make my statements freely without coercion to be true, nothing but true and completely true.

I stated and reserved my unalienable Rights before Officer Sergeant Cory Rose and other officers on 04/29/2024.

I state that as a sovereign elector that I was not identified by nor did I identify myself to Officer Sergeant Cory Rose or any other officer.

I stated to the officer that I do not have a contract with The State of New York DMV and I travel in the private as seen on my Private, Non-commercial, Not for Hire, Federal DOT# 4150901.

I stated that I did not consent to nor was I going to receive any contract brought forth by Officer Sergeant Cory Rose or any other officer.

I state that I verbally asked for and accepted officer Sergeant Cory Rose's oath of office as public servant under the Constitution. Sergeant Cory Rose failed to bring forth the oath of office as required under the Law.

I state I verbally notified Sergeant Cory Rose of the theft my private conveyance when Sergeant Cory Rose stated he was having the conveyance impounded.

I hereby give the Horseheads Village Police Department officers 30 days to answer this negative averment. A non-response constitutes a default agreement between all parties. Upon default all claims from the man are dismissed with prejudice that cannot be challenged hereinafter. The listed laws in the following fee schedule REQUIRE, AUTHORIZE AND MANDATE all officers removal from public office!

See Exhibit 1 (attached) a copy of the fee schedule for crimes perpetrated upon I the sovereign elector by officer Sergeant Cory Rose and other Officers of the Horseheads Police Department.

Issued by Authority of:

By: /s/ _lavallee: sylva-arthur IV_

**ATTORNEY IN FACT FOR ARTHUR SYLVA LAVALLEE IV©**

**NOTARY ACKNOWLEDGEMENT**

A notary public completing this certificate verifies the identity of the people who signed the certified document to which this certificate is attached.

STATE OF ___NEW YORK___

COUNTY OF___CHEMUNG___

NOTARY:_____          STAMP:          ERICH E. HERZIG
Notary Public, State of New York
Chemung County No. 01HE6386285
Commission Expires January 22, 20 2 7

DATE: ___05/02/2024___

All replies must be hand-signed in blue ink and sent by USPS™ CERTIFIED MAIL® to:

lavallee: sylva-arthur IV©
c/o 131 Orchard Knoll Drive
Horseheads, New York 14845

# NOTICE OF AFFIRMATION

Arthur-Sylva: Lavallee IV©
c/o 131 Orchard Knoll Drive
Horseheads, New York [14845-9999]

Judge Andrew Smith
Horseheads Village Court
202 South Main Street
Horseheads, New York 14845

i, arthur-sylva: lavallee IV © affirm under penalty of perjury the following statements to be true, nothing but true and completely true.

i, arthur-sylva: lavallee IV © hereafter known as arthur state: on june 29th , 2024 at approximately 2:30 p.m. and i arthur while working at my place of business observed 2 state police vehicles approaching and parking on said property. i arthur also observed a sheriff car on the side of the road behind the troopers vehicles. i arthur observed 2 state troopers approaching my open bay door, at which time trooper Trevor Wallner asked if Arthur Lavallee was here. i arthur stated that i was arthur. Trooper Trevor Wallner then stated that he had a warrant for my arrest. i put my head down then stated, really? i arthur ask: "where is the warrant"? Trooper Wallner state: it was in the system. i arthur state: "then this is an unlawful warrant/arrest and i know the law". Trooper Wallner state: "i doubt that". i arthur state: "well in order for the warrant to be lawful you have to physically give me the warrant and it has to have the seal of New York State on it with the judges signature". i arthur ask: where is the warrant? Trooper Wallner state: "the Judge has it; we can do this either the hard way or the easy way"; i arthur state: i am non-combative and will come peacefully but know this, " you are now kidnapping i and trafficking i due to the fact you do not have a lawful warrant". i arthur ask: may i finish putting my disabled fathers-in-law's brake pads back onto his vehicle, the pads were in my hands? *Note: this would have taken a minimum of 5 minutes.* Trooper Wallner state: no. i ask: Trooper Wallner if i could at least wash i hands. i arthur was granted this request;. i arthur was then loosely handcuffed and put into the back of Trooper Wallner's vehicle.

i, arthur state: i did not at any time receive what my rights were by the troopers;

i, arthur state: there were two witnesses to the unlawful arrest warrant being presented and the arrest of i, nolan harkness and chester bennett;

i, arthur state: the deputy sheriff that was not identified to i, gave the troopers a torn

piece of paper to serve me with a civil matter;

I, arthur ask why I arthur was arrested by the New York State Troopers under a unlawful warrant under the 5th amendment of the bill of rights and also article 1 section 12 of the new york state constitution?

i, arthur state: i declined the paper and did not receive it;

i, arthur state: i reserve my rights under UCC 1-308;

i, arthur state: i did not at any time receive any warrant paperwork while in the custody of the trooper, horseheads village officers or chemung county jail;

i arthur state: i was then transported to the Horseheads Village Police station 202 South Main Street Horseheads, New York 14845 by the Trooper Wallner;

i, arthur state: i was transferred to Officer Audinwood and officer Sweet of the Horseheads Police Department to wait to be seen by Judge Andrew Smith;

i, arthur state: during the time in custody with both the State Troopers had conversation of the law and personal conversation about going to high school together and being a Marine Corps Veteran. Trooper Wallner recalled meeting each other at the Marine Corps Ball. the other trooper present was Trooper Jack Everett and he recognized i and asked if i was chris's father; i arthur state: yes and recognize him as well due to the fact he had wrestled on the same team as my son in high school; i arthur aske: trooper Everett how his grandfather was? Trooper Everett state: he had passed away about 3 years prior; i arthur state: i condolences to him and the family.

i, arthur state: the troopers, the village police officers and i had conversation about multiple laws that i had complete knowledge in, such as 18 USC 241 and 18 USC 242; Sergeant Audinwood wrote down the laws that i quoted as to research them himself;

i, arthur state: in conversation to the officers again that i had not committed any crime as i have not harm anyone nor have i trespassed on anyone;

i, arthur state: in conversation to the officers and this was Judge Andrew Smith's reaction to the letter of Rogatory i mailed him via registered mail #RF 687 346 225US; (See Exhibit 1)

i, arthur state in i's opine: to the horseheads village officers, the reason for this arrest is "judge andrew smith is pissed at me for the letter in private chambers and because at no time have i consented to any contract with the judge"; the letter of rogatory declares how

the article II court system works;

i, arthur state: i was taken into the courtroom by all officers present;

i, arthur state: at no time was i offered a lawyer nor was a lawyer present for the "arraignment";

i, arthur state: judge andrew smith accused i of being a sovereign citizen;

i, arthur state: i objected to judge andrew smith's declaration;

i, arthur state: judge andrew smith state that "you are not allowed to object in here";

i, arthur state: i object and proclaim "you, judge andrew smith, have just slandered my name and i have never claimed to be a "sovereign citizen" nor has it ever come out of my mouth; i arthur state: it was an oxy-moron and is not true in any sense and that you cannot be a free man and a slave in the same sense;

i, arthur state: judge andrew smith stated "i received your 20 page document and have talked to the district attorney and we decided to hold you in Chemung County Jail for obstruction of a governmental administration, on $1,000 bail or $2,000 bond".

i, arthur state: i present(ed) the option to pay the bail to judge andrew smith in cash; Judge ANDREW SMITH declined i offer and stated: "i thought you didn't believe in cash!" i arthur state: i said "excuse me?" Judge ANDREW SMITH state: "the last time we were in court you stated you did not believe in cash." i arthur state: "you are a liar and this statement never came out of my mouth at any time in court."

i, arthur state: i was then taken by sergeant Audinwood out of the court room and granted permission to call Tim Hosley, on my personal cell phone, to come to the Chemung County Jail and finish posting the $1000.00 bail for my release in lieu of coming to court on july 10 at 6:00 p.m.;

i, arthur state: as i left the building in handcuffs i noted my fiancé, Heather Cavanaugh talking with Trooper Wallner at his vehicle;

i, arthur state: i was then taken to Chemung County Jail for processing and during the ride with sergeant Audinwood we had conversation about the history of our country and officer Audinwood asked i opinion on what was happening in Ukraine. i, arthur state: at the end of the ride and inside the fence at the chemung county jail officer Audinwood shook my hand and gave me a half hug;

i arthur state: while in chemung county jail for processing i was photographed multiple times in two locations and then fingerprinted, even though i declined the offer but out of stress duress and coercion i will comply;

i, arthur state: the cash i had on hand along with tim hosley's cash posted the bail and i was released from chemung county jail at 4:35 p.m.;

I, arthur state: per Supreme Court decision brought forth, *Loper Bright Enterprises v. Raimondo which overturned the Chevron, U.S.A. Inc. v Natrual Resource Defense Council on June 28th 2024. In this majority ruling the supreme court stated a court may not defer to an agencies interpretation of the law simply because the law is ambiguous. Article III of the Constitution assigns to the Federal Judiciary the responsibility and power to adjudicate "Cases" and "Controversies" concrete disputes with consequences for the parties involved.* Under this ruling this requires all courts to be Article III courts and under Article 6 clause 2 all Public Official's, including Judges, are bound in their oath of office to protect the unalienable right of body sovereign electors.

Authorized Representative for ARTHUR SYLVA LAVALLEE IV
General Executor/ Beneficiary
Common law copyright; UUC 1-308 All rights reserved
without prejudice/ or recourse
No liability. Errors & Omissions Excepted
NON-ASSUMPSIT

By: /s/ _Arthur-Sylva: Lavallee IV_    Date: _7/10/2024_
    Arthur-Sylva: Lavallee IV sui juris,

Dated: _07/10/2024_

State of NEW YORK

County of CHEMUNG  ss. City/Town of HORSEHEADS

I state and subscribe to before I this _10th_ day of _JULY_ , 20 _24_

Signature of Notary Public _Eff E Hf_

Commission expires _JANUARY 22, 2027_

Notary Public Printed name _ERICH E HERZIG_ -

ERICH E. HERZIG
Notary Public, State of New York
Chemung County No. 01HE6386285
Commission Expires January 22, 2027

# exhibit 1

STATE OF NEW YORK IN THE COUNTY OF CHEMUNG VILLAGE COURT FOR VILLAGE OF HORSEHEADS, INC

V. ARTHUR SYLVA LAVALLEE IV

Case No. ___2404-0094___ LETTER ROGATORY FOR RELIEF

Under the Hague Convention Title 18 §1781

i, Arthur-Sylva: Lavallee IV, a alive man and General Executor / Beneficiary for the ARTHUR SYLVA LAVALLEE Cestui que vie trust, notice the Court of my Letter Rogatory to the HORSEHEADS VILLAGE COURT and demand my name be cleared of this alleged criminal case for the reasons set forth below:

1) i, Arthur-Sylva: Lavallee IV, have learned that this alleged Court that has scheduled a case/cause/complaint against i and is not really a court as per the Constitution of the United States of America (not an Article III Court), but rather a military tribunal under commercial jurisdiction and is operated as a private, for profit corporation listed on Dun and Bradstreet.

2) i have learned of the fraud that goes on behind the scenes of these alleged criminal cases, which are really civil claims in equity, and the steps taken to securitize these civil claims, without giving full disclosure to the People. i am hereby letting the court know that i am opting out of any contract and do not allow any documents regarding i or my cestui que vie trust to be securitized and sold to any investors etc.

3) As you may be fully aware, the fraudulent process is as follows: All cases are civil, though often fraudulently called criminal. The courts are operating under trust law, assuming the Defendant is a decedent (civiliter mortuus). After finding the alleged Defendant guilty, the court clerks sell the judgments to the Federal Courts. Since the Defendant is a decedent, presumed to be a ward of the court, incompetent and of unsound mind, the court officials consider themselves as a beneficiary as the powers that be (international bankers) have concocted a reverse trust scheme on We the People, who are supposed to be the beneficiaries because we are the actual creditors.

4) When a judge asks if a person understands, he/she is asking if the person (corpus) is liable for the bond. i am not responsible for the bond of this/these case(s), but i will appoint the Judge as Trustee/Fiduciary and be the beneficiary of all proceeds.

5) The judgments are stamped with something to the effect of Pay To The Order Of on the back and taken to the federal discount window. The judgment now becomes a note;

6) The notes are then pooled together and then become securities, which are yet pooled together and sold as bonds;

7) Said bonds are liens against i, a defendant-in-error.

8) The United States Attorney's Office has a put code number, CUSIP ( Committee on Uniform Securities Identification Process), NAICS (North American Identification Security Classification). Said NAICS number enables the United States Attorney's Office to trade globally all securities.

9) All US federal courts are registered with the DOD (Department of Defense), where they are registered with CCR (Contractor's Central Registration), under the DOD, which another

department called DLIS (Defense Logistics Information Service), which issues a cage code, which means a commercial and government entity, which everything corresponds with their bank account.

10) Said United States Attorney's Office and Courts have a Duns number (Dun & Bradstreet).

11) Everything filed into court is securitized without the knowledge or consent of the People or of all parties involved.

12) All criminal cases not heard in an Article 3 court (District Court of the United States) are actually civil; however, the courts again commit fraud by labeling the case as criminal, even for an infraction as minimal as a parking ticket. All cases which are plead out or have a guilty conviction, label the civil defendants (through unlawful conversion) as felons when they are not. This is fraud upon the People at large, and certainly fraud upon the alleged Defendant(s)-in-error.

13) The Bank Account is at Federal Reserve Bank of New York, in New York City. The Depository Agreement is signed by the Clerk of Court.

14) All securities are then deposited with the DTC in New York.

15) An Escrow Agent is used as a go-between - between the Clerk's Office and the Federal Reserve Bank of New York.

16) The securities end up being listed through the Seventh Circuit (Chicago, IL), then sent to the DTCC, the clearinghouse who lists the securities for trading.

17) All of the lawyers involved are acting as private debt collectors according to the FDCPA (Title 15 USC §1692). The BAR Association exempts them from having to be registered as such; however, they operate through call warrants, which are like a put, or a call. Doing margin calls is where they convert a case through (similar to a Writ of Execution) the case number to buy equity securities.

18) Everything filed into court is securitized and turned into negotiable instruments, and then turning them into securities. These items are sold commercial items, calling them distress debts (Unifund). The items are then pooled together in what is now called a hedge fund, where they are sold globally.

19) Anytime when there is risk management involved, it is for the securities. This is an underwriting company. When the hedge funds are going into the global market, they go through Luer Hermes, a bond holder and underwriting company and subdivision of Alliance SE, of Munich ,Germany (Pimco Bonds).

20) After 9 months, all paper is converted to a securities status. This is defined in Title 15 USC § 77(a)(b)(1) and now considered to be an investment contract. The paper is endorsed to become a security, and the trust is then collapsed.

21) The courts have an account with the IMF (International Monetary Fund) under Interpol. The Judges involved and the US Attorneys involved do not have an accessible Oath of Office , because they cover up the fact that the oath of office is between them and the IMF.

22) The US Judges and US Attorneys are actually employees of the IMF and have expatriated out of the United States. They are now unregistered foreign agents under Title 22, which states all foreign agents must be registered. These hypocrites don't even adhere to their own codes.

23) The court judgments are deposited with the IMF. Since this case obviously involves me, i have a drawing(s) to all proceeds. See UCC § 3-305 and § 3-306. The court judgments are monopolized according to Title 16, which is a violation of anti-trust laws, and also unfair trade practices.

24) Indictments are True Bills, meaning they are negotiable instruments. The District Attorney, Judge or Clerk of Court(s) failed to give me a 1099 OID showing me as the recipient of the funds, which is a fraud upon i. In my case, i have not been indicted, but still request a 1099 OID, unless the court wishes to close this account.

25) The unlawful funds, through fraud and deception, are deposited in the Federal Reserve Bank of New York and they have not paid the tax on this income. According to the IRC, this is a § 7201 of Title 26 violation (willful failure to file with the intent to evade the tax).

26) A copy of the Depository Resolution Agreement was not made available to me from the Clerk of Court. The Clerk of Court makes deposits into the Federal Reserve Bank of New York via electronic funds transfers (EFT's).

27) The Clerk has a PMIA (Private Money Investment Account), which also has a government code. According to Clerks Praxis, the Clerk of the US District Court is the Registrar in Admiralty.

28) According to the IRS § 6209 Decoding Manual and the ADP (Automated Data Processing Manual), all 1099's are Class 5 gift and estate taxes. I am asking for a 1099 OID in this case, as i am not willing to gift you the proceeds. I am hereby asking for the proceeds in their entirety, including interest.

29) It is presumed that by the creation of the birth certificate my body and the labor therefrom is  pledged to the State. This is patently absurd as this unilateral, quasi-contract is lacking in full disclosure to the parents. i have never pledged my rights nor my body, any labor thereof, nor any creation therefrom to any gifting program, including any court or court process.

30) i am not a charitable organization. i demand all funds from the cases (current and past cases) be sent to me within 30 days or I will file complaints to the IRS and SEC explaining the fraud and theft committed upon me and issue a 1099 OID.

31) i demand my name and my cestui que vie trust name, (ARTHUR SYLVA LAVALLEE IV and any derivatives thereof) be removed from any and all government databases indicating bad credit, commercial liens and/or the titles of criminal, felon and/or debtor be removed immediately and permanently NUNC PRO TUNC.

32) i hereby request a copy of the Depository Resolution Agreement from the Clerk of Court. And a W-9 from the Judge and the US Attorney involved, if you wish to proceed with this case.

33) i hereby notice the Court that i am the General Executor/ Beneficiary of the cestui que vie trust of ARTHUR SYLVA LAVALLEE IV According to Title 26 § 303 & § 7701, companies, corporations, and associations and trusts are all decedents. This means my all capital letters name is a legal estate.

My all capital letters name falls into this class. i direct all of the affairs and financial affairs of ARTHUR SYLVA LAVALLEE IV, an Estate.

34) i demand this case/account be closed and no further steps taken to securitize it.

35) i hereby ask the Court, as my fiduciary and trustee, to notify local agents and agencies to put me on a do not disturb or detain list so that we do not have to go through this again. Additionally, (explain facts of the case and any violation of color of law by whom involved)

36) i want to remain confident that the Court and its officers want to follow the law, and perhaps were unaware of the processes of civil and criminal cases and that the public policy enforcers are ignorant of the aforementioned facts regarding their often erroneous administration of the Cestui que vie trust.

37) i expect no further harassment from rogue unregistered foreign agents and public policy enforcers acting under color of law.

LETTER ROGATORY FOR RELIEF

UCC 1-308/ All Errors and Ommissions Accepted/ With Prejudice/ Non Assumpsit General Executor/ Beneficiary/ Receiver/ Authorized Representative :

Arthur-Sylva: Lavallee IV, alive (man)

presented this the ___12th___ day of ___JUNE___, 2024

Autograph by /s/ _Arthur-sylva: lavallee_

cc: Horseheads Village Judge Andrew Smith

Horseheads Village Clerk of Court Kelly Talcott

Attorney General Leticia James,

Secretary of State Robert J. Rodriguez,

Chemung County Clerk Linda Forrest

Mail checks and correspondence to:

Arthur-Sylva: Lavallee IV

C/O 131 Orchard Knoll Drive

Horseheads, New York [14845]

- Complete items 1, 2, and 3.
- Print your name and address on the reverse .
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature

X _(signature)_ □ Agent
□ Addressee

B. Received by (Printed Name)   C. Date of Delivery

KELLY TALCOTT   6/12/24

1. Article Addressed to:

Kelly Talcott
Horseheads Clerk of court
202 South main street
Horseheads, New York
14845

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:  □ No

IIIIIII IIII IIIIII IIII IIIIII IIII IIIIII

9590 9402 7001 1225 4007 94

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
  (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
  Delivery
□ Signature Confirmation™
□ Signature Confirmation
  Restricted Delivery

2. Article Number (Transfer from service label)

RF 687 346 225 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

# AUTHORITY FOR FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS:
## APPLICABLE TO AUTHORIZING BODIES, CAPTAINS, CHIEFS, SUPERVISORS, EMPLOYERS, AGENTS, CLERKS, AND ADMINISTRATORS.

These Damages (charged per COUNT), in part, were determined by THE GOVERNMENT ITSELF for the violation listed:

| BREACH | PENALTY | AUTHORITY |
|---|---|---|
| VIOLATION OF OATH OF OFFICE | $250,000.00 | 18 USC § 3571<br>28 USC § 3002(15) |
| ARMED ABUSE OF OFFICE | $200,000.00 | |
| ARMED ABUSE OF AUTHORITY | $200,000.00 | |
| ARMED USE OF EMERGENCY LIGHTING IN A NON-EMERGENCY | $200,000.00 | |
| ARMED USE OF EMERGENCY SIREN IN A NON-EMERGENCY | $200,000.00 | |
| ARMED ASSAULT AND BATTERY | $200,000.00 | |
| ARMED THREAT OF VIOLENCE | $200,000.00 | |
| ARMED COERCION | $200,000.00 | |
| DENIED PROPER WARRANT(S) | $250,000.00 | 18 USC § 3571 |
| DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS | $250,000.00 | 18 USC § 3571 |
| DEFENSE EVIDENCE (RECORDS) | $250,000.00 | 18 USC § 3571 |
| DENIED RIGHT TO TRUTH IN EVIDENCE | $250,000.00 | 18 USC § 3571 |
| ARMED VIOLATION OF DUE PROCESS | $200,000.00 | |
| SLAVERY (Forced Compliance to contracts not held) | $250,000.00 | 18 USC § 3571 |
| DENIED PROVISIONS IN THE CONSTITUTION | $250,000.00 | 18 USC § 3571 |
| ARMED TREASON, WAR AGAINST AMERICANS | $250,000.00 | 18 USC § 3571 |
| GENOCIDE AGAINST HUMANITY | $1,000,000.00 | 18 USC § 1091 |
| APARTHEID | $1,000,000.00 | |
| ARMED DEPRIVATION OF RIGHTS UNDER COLOR OF LAW | $200,000.00 | 18 USC § 242 |
| EMOTIONAL DISTRESS | $200,000.00 | 32 CFR § 536.77(a)(3)(vii) |
| MENTAL ANGUISH ABUSE | $200,000.00 | 42 CFR § 488.301 |
| PEONAGE (Felony) | $200,000.00 | 18 USC § 1581<br>42 USC § 1994 |

| | | |
|---|---|---|
| UNLAWFUL INCARCERATION | $200,000.00 | |
| MALICIOUS PROSECUTION | $200,000.00 | |
| DEFAMATION OF CHARACTER | $200,000.00 | |
| SLANDER | $200,000.00 | |
| LIBEL | $200,000.00 | |
| ARMED TRESPASS | $200,000.00 | |
| NEGLECT/FAILURE TO PROTECT/ACT | $200,000.00 | 18 USC § 1621<br>42 USC § 1986 |
| ARMED GANG PRESSING | $200,000.00 | |
| ARMED LAND PIRACY/PLUNDER | $200,000.00 | |
| UNAUTHORIZED BOND PRODUCTION | $200,000.00 | |
| ARMED FORGERY | $200,000.00 | |
| ARMED EMBEZZLEMENT | $200,000.00 | |
| ARMED STALKING | $200,000.00 | |
| ARMED IMPERSONATING A PUBLIC OFFICIAL | $200,000.00 | |
| ACTING AS AGENTS OF FOREIGN PRINCIPLES | $200,000.00 | 18 USC § 219 |
| ARMED TORTURE | $200,000.00 | |
| ARMED OPERATING STATUTES WITHOUT BOND | $200,000.00 | |
| EXPLOITATION OF A LEGAL JUSTICE MINORITY GROUP BY BAR CLOSED UNION COURTS- CIVIL RIGHTS | $1,000,000.00 | |
| BAR VIOLATION OF ANTI-TRUST LAWS | $200,000.00 | |
| MISAPPROPRIATION OF TAXPAYER FUNDS | $200,000.00 | 18 USC § 641-664 |
| VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS ARMED BREACH OF TRUST | $200,000.00 | |
| ARMED DISTURBING THE PEACE | $200,000.00 | |
| ARMED KIDNAPPING | $200,000.00 | 18 USC § 1201 |
| ARMED MALFEASANCE/MALPRACTICE | $200,000.00 | 22 CFR § 13.3 |
| ARMED MISREPRESENTATION/PERSONAGE | $200,000.00 | |
| MISPRISON OF FELONY | $500.00 | 18 USC § 4 |
| ARMED CONSPIRACY AGAINST RIGHTS OF PEOPLE | $200,000.00 | 18 USC § 241 |
| ARMED CRIMINAL EXTORTION/ECONOMIC OPPRESSION | $200,000.00 | 18 USC § 141<br>18 USC § 872<br>25 CFR § 11.417 |

| | | |
|---|---|---|
| ARMED EXTORTION OF RIGHTS | $200,000.00 | Title 15 |
| ARMED ROBBERY | $200,000.00 | |
| ARMED THEFT BY FORCED REGISTRATION | $200,000.00 | |
| MAIL THREATS | $5,000.00 | 18 USC § 876 |
| MAIL FRAUD | $10,000.00 | 18 USC § 1341 |
| ARMED FRAUD | $10,000.00 | 18 USC § 1001 |
| ARMED VIOLATION OF LIEBER CODE AGAINST NON-COMBATANTS | $200,000.00 | |
| ARMED WRONGFUL ASSUMPTION OF STATUS/STANDING | $200,000.00 | |
| ARMED FALSIFICATION OF DOCUMENTS/RECORD | $10,000.00 | 18 USC § 1001<br>26 USC § 7701(a)(1) |
| ARMED FICTITIOUS OBLIGATIONS | $200,000.00 | 18 USC § 514 |
| ARMED PERJURY | $2,000.00 | 18 USC § 1621 |
| ARMED SUBORDINATION OF PERJURY | $2,000.00 | 18 USC § 1622 |
| ARMED RACKETEERING (Criminal, Felony) | $200,000.00 | 18 USC § 1961-1968 |
| ARMED RACKETEERING (Civil) | $200,000.00 | |
| Wages Taken | $triple sustained damages | 18 USC § 1964 (c) |

Debtors are responsible for any IRS obligations resulting from the discharge or cancellation of any debts, as well as earned income resulting from accepted settlements.

"Immunity" is invalid, as validity would violate U.S. Constitution Article 2 § IV; **18 USC § 241, 42 USC § 1983, 42 USC § 1985, 42 USC § 1986, and state Constitutions. The listed laws AUTHORIZE and/or MANDATE removal from public office!**

Violations of law are legally unassailable due to precedents (violations of law) established by court cases. Such situations violate numerous specifically stated intents and purposes of the Constitution, as set forth in the Preamble.

## APPLICABLE TO ANYONE IN ANY BRANCH OF GOVERNMENT

**Notice of Intent- Fee Schedule**

To Whom It May Concern:

The annexed Notice of Intent – Fee Schedule is a schedule of mandatory fees instated by the Secured Party Creditor, Jane Marie Dodd©, Authorized Representative on behalf of ARTHUR LAVALLEE©, ARTHUR S LAVALLEE© and ARTHUR SYLVA LAVALLEE IV©, Ens Legis.  i, Arthur Sylva Lavallee IV©, do hereby set forth fees to be instated in any business dealing with ARTHUR LAVALLEE©, ARTHUR S LAVALLEE© and ARTHUR SYLVA LAVALLEE IV©, for any business conducted relevant to this schedule.  Fees are due and MUST be paid before said business can commence.  In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt.  If said fees are not met, it is the right of the Secured Party Creditor, Arthur Sylva Lavallee IV©, to refuse or void any form of business interaction and/or transaction.  Fees are subject to change at any time without prior notice. Secured Party Creditor, Arthur Sylva Lavallee IV©, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

/s/  *Arthur~Sylva:lavallee IV*

Arthur Sylva Lavallee IV©, American State National
Secured Party Lien Creditor, Authorized Representative for
ARTHUR SYLVA LAVALLEE IV©, Ens Legis
**All Rights Reserved Without Prejudice**

**Witness and Acknowledgement**

New York State
Chemung County

A living man affirmed before me, a Recording Secretary/Notary, on this 31st day of July, 2024, that Arthur Sylva Lavallee IV, personally appeared and known to me to be the man whose name is referenced within the instrument and acknowledged to be the same.

notary public autograph: *El Eltt*

autograph print : *ERICH E HERZIG*          Seal:

My Notary Commission expires: *JANUARY 22, 2027*

ERICH E. HERZIG
Notary Public, State of New York
Chemung County No. 01HE6386285
Commission Expires January 22, 20___

Private Easements Schedule
    Penalty for Private Use                         $250,000

Public Easements Schedule
    Penalty for Public Use                          $250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | |
|---|---|
| a. Name | $ 50,000 |
| b. Drivers License Number | $ 50,000 |
| c. Social Security Number | $ 100,000 |
| d. Retinal Scans | $ 5,000,000 |
| e. Fingerprinting | $ 200,000 |
| f. Photographing | $ 200,000 |
| g. DNA | $ 5,000,000 |
|     1. Mouth swab | $ 5,000,000 |
|     2. Blood samples | $ 5,000,000 |
|     3. Urine samples | $ 5,000,000 |
|     4. Breathalyzer testing | $ 5,000,000 |
|     5. Hair samples | $ 5,000,000 |
|     6. Skin samples | $ 5,000,000 |
|     7. Clothing samples | $ 5,000,000 |
|     8. Forced giving of fluids/samples | $ 5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

| | |
|---|---|
| a. Citations | $ 60,000 |
| b. Warning issued on Paper Ticket | $ 25,000 |

**Appearance in court because of traffic citations:**

| | |
|---|---|
| a. Time in court | $ 75,000/hr with 1 hour min. |
| b. If Fine is imposed | $ 500,000 |

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

| | |
|---|---|
| a. Agency by Estoppel | $ 50,000 |
| b. Color of Law | $ 150,000 |
| c. Implied Color of Law | $ 150,000. |
| d. Criminal Coercion | $ 500,000 |
| e. criminal Contempt of court | $ 500,000 |

### Notice of Intent- Fee Schedule

| | | | |
|---|---|---|---|
| f. | Estoppel by Election | $ | 350,000 |
| g. | Estoppel by Laches | $ | 350,000 |
| h. | Equitable Estoppel | $ | 500,000 |
| i. | Fraud | $ | 1,000,000 |
| j. | Fraud upon the court | $ | 2,000,000 |
| k. | Larceny | $ | 250,000 |
| l. | Grand Larceny | $ | 250,000 |
| m. | Larceny by Extortion | $ | 1,000,000 |
| n. | Larceny by Trick | $ | 1,000,000 |
| o. | Obstruction of Justice | $ | 100,000 |
| p. | Obtaining Property by False Pretenses | $ | 1,000,000 |
| q. | Simulating Legal Process | $ | 1,000,000 |
| r. | Vexatious Litigation | $ | 5,000,000 |
| s. | Trespass upon Motor Conveyance | $ | 100,000 |
| t. | Unauthorized Relocation of Motor Conveyance | $ | 100,000 |
| u. | Seizure of Motor Conveyance | $ | 100,000 |
| v. | Theft of License Plate | $ | 10,000 |
| w. | Unlawful Lien on Motor Conveyance | $ | 50,000 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

| | | | |
|---|---|---|---|
| a. | Name written by the informant | $ | 250,000 |
| b. | Drivers License written by informant | $ | 150,000 |
| c. | Social Security Number written by informant | $ | 150,000 |
| d. | Miscellaneous Material written by informant | $ | 500,000 |

**Produce any personal information/property for any kind of business interaction:**

| | | | |
|---|---|---|---|
| a. | Financial Information | $ | 100,000 |
| b. | Property inside of motor vehicle | $ | 150,000 |

**Time Usage for traffic stops:**

a. 30 minutes                         $      5,000/30 minutes min
b. 60 minutes                            $    10,000
c. 90 minutes                           $    15,000

## Court Appearance Schedule

These fees MUST be paid immediately after my case is finished. Failure pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

a. My Appearance

     a. under protest and duress:            $    75,000/hour

     b. Voluntarily                   $    10,000/hour

**Use of trade name material**

a. Name

     a. under protest and duress:            $    25,000

     b. Voluntarily                   $    10,000

b. Drivers License

     a. under protest and duress:            $    25,000

     b. Voluntarily                   $    10,000

c. Social Security Number

     a. under protest and duress:            $    25,000

     b. Voluntarily                   $    10,000

d. Miscellaneous Material              $    25,000

e. Produce any personal information for any kind of business interaction:

a. Financial Information               $    10,000

b. Drivers License                     $    10,000

c. Social Security Number            $    250,000

d. Any documents produced by me      $    10,000 per document

**Notice of Intent- Fee Schedule**

**Time usage for court appearances:**

a.  30 minutes

    a.Under Protest and Duress       $    33,500

    b.Voluntarily       $    10,000

    c.60 minutes       $    75,000

    d.Voluntarily       $    20,000

b.  90 minutes or more

    a.Under Protest and Duress       $    100,500

    b.Voluntarily       $    30,000

### Trespass-Fee Schedule

**Trespass** by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:

| | | |
|---|---|---|
| a. | Failure to honor God Given Rights | $20,000 |
| b. | Failure to honor Oath of Office | $50,000 |
| c. | Failure to honor Constitutional Oath | $50,000 |
| d. | Failure to honor Written and/or Oral Word | $ 5,000 |
| e. | Silence/Dishonor/Default | $ 5,000 |
| f. | Failure to honor /No Bond | $ 5,000 |
| g. | Phone call to telephone number used by Secured Party including from alleged debt collectors | $ 5,000each |
| h. | Telephone message left on Secured Party phone Service or equipment | $ 5,000 each |
| i. | Use of Street Address/Mailing location of Secured Party | $ 5,000 each |
| j. | Time Waiting for Scheduled Service per hour | $ 1,000 Minimum or |

| k. | Detention from Free Movement and/or cuffed per hour | $ 75,000 Minimum or |
|----|------|------|
| l. | Incarceration Minimum or per hour | $ 75,000 |
| m. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ 50,000 |
| n. | Failure to State a Claim upon which Relief Can Be Granted | $25,0000 |
| o. | Failure to Present a Living Injured Party | $100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $100,000* |
| q. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $100,000* |
| r. | Default By Non Response or Incomplete Response | $100,000* |
| s. | Fraud | $1,000,000* |
| t. | Racketeering | $1,000,000* |
| u. | Theft of Public Funds | $1,000,000* |
| v. | Dishonor in Commerce | $1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $1,000,000** |
| x. | Perverting of Justice Judgment | $ 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence) | $  50,000 Each |
| w. | Forcing psychiatric evaluations | $  500,000 per day |
| x. | Refusal to provide adequate and proper nutrition while incarcerated | $  50,000 per day |
| y. | Refusal to provide proper exercise while incarcerated | $  50,000 per day |

## Notice of Intent- Fee Schedule

z.  Refusal to provide proper dental care while

    Incarcerated               $ 50,000 per day

aa. Forced giving of body fluids        $ 5,000,000  per day

bb.  Forced injections/inoculations, vaccines      $ 5,000,000
      per day

cc.  Forced separation from marriage contract    $ 160,000  per day

dd. Confiscation/kidnapping of a body not a US

    Citizen                  $ 1,600,000 per
    day

ee. Corporate State continuing a mortgage for more

    Than five years in violation of Banking Act of

    1864 which takes precedence over current

    Statutes at large            $ 1,600,000 per day

    Attempted extortion of funds from birth certificate

      account, Social security account or any other

        associated accounts by fraud, deception and

        or Forgery by any agent, entity or corporation   $ 6,000,000 per count or
    charge

ff.  Attempted extortion of signature      $ 6,000,000 per count or
    charge

gg. Attempted forgery of signature       $ 6,000,000 per count or
    charge

*Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

Kidnapping (If an alleged officer removes free soul
more than 5 feet from free soul's property without
just cause, it IS kidnapping)                                    $   50,0000

Services to others and/or Corporation(s):

    a.  Studying                                          $    500 per hour
        while under threat, duress, coercion         $ 75,000 per hour

    b.  Analyzing                                         $    500 per hour
        while under threat, duress, coercion         $ 75,000 per hour

    c.  Research                                          $    500 per hour
        while under threat, duress, coercion         $ 75,000 per hour

    d.  Preparing Documents                               $    500 per hour
        while under threat, duress, coercion         $ 75,000 per hour

    e.  Answering Questions                               $    500 per hour
        while under threat, duress, coercion         $ 75,000 per hour

    f.  Providing Information                             $    500 per hour
        while under threat, duress, coercion         $ 75,000 per hour

**If invoiced, payment is due 15 days after receipt date.**

**Make all payments to:**

**Arthur Sylva Lavallee IV**
**c/o 131 Orchard Knoll Drive**
**Horseheads, NY 14845**

TRUE BILL

July 10, 2024

ANDREW SMITH who sometimes acts as
Horseheads Village Judge,
KELLY TALCOTT who sometimes acts as
Horseheads Village Clerk,
THOMAS KANE who sometimes acts as
Horseheads Village Police Officer,
CORY ROSE who sometimes acts as
Horseheads Police Sergeant,
TREVOR WALLNER who sometimes acts
as  New York State Trooper

greetings to Andrew Smith, Kelly Talcott, Thomas Kane, Cory Rose and Trevor Wallner,

| | |
|---|---|
| Penalty for private use | $250,000.00 |
| Use of name | $50,000.00 |
| Driver License Number | $50,000.00 |
| Social Security Number | $100,000.00 |
| Fingerprinting | $200,000.00 |
| Photographing | $200,000.00 |
| Citations | $60,000.00 |
| Time in Court  6 hours X $75,000.00 | $450,000.00 |
| Fine Imposed | $500,000.00 |
| Agency by Estoppel | $50,000.00 |
| Color of law 18 USC §242 | $150,000.00 |
| Implied Color of Law 18 USC §242 | $150,000.00 |
| Criminal coercion 25 CFR §11.406, 22 USC §7102, 42 USC §3617 | $500,000.00 |
| Fraud    18 USC §1001 | $1,000,000.00 |
| Fraud upon the court Article 6, 7 | $2,000,000.00 |
| Obtaining property by false pretenses Article 7 Bill of Rights | $1,000,000.00 |
| Grand Larceny  Article 155 NYS Law Article 4,5,6,7,9 Bill of Rights | $250,000.00 |
| Simulating legal process  22 USC §7102 | $1,000,000.00 |
| Vexatious litigation Article 6, 7 Bill of Rights | $5,000,000.00 |
| Trespass upon Motor Conveyance  Article 4, 7, 9 Bill of Rights | $100,000.00 |
| Time usage for traffic stops: 60 minutes | $10,000.00 |
| Demand for appearance in court under protest and duress $75,000.00/hour X 3 | $150,000.00 |
| Use of trade/copyright name under protest and duress | $25,000.00 |
| Use of driver license under protest and duress | $25,000.00 |
| Use of social security number under protest and duress | $25,000.00 |
| Documents produces by i,  $10,000.00 per document X2 | $20,000.00 |
| Failure to honor GOD given Rights  Article 1,4,5,6,7,8,9,10 Bill of Rights | $20,000.00 |
| Failure to honor Oath of Office 18 USC§3571 | $250,000.00 |
| Failure to honor Constitutional Oath 18 USC §3571 | $50,000.00 |
| Silence/Dishonor/Default | $5,000.00 |
| Phone calls to,text messages to secured party creditor(2)X$5,000.00 | $10,000.00 |
| Detention from Free Movement and/or Cuffed per hour | $75,000.00 |
| Incarceration  25 CFR §11.404 | $75,000.00 |
| Failure to follow federal and/or state statutes, codes, rules and/or regulations. | $50,000.00 |
| Failure to state a claim in which relief can be granted Article 8 | $25,000.00 |

| | |
|---|---|
| Failure to Present a living injured party Article 6 Bill of Rights | $100,000.00 |
| Faulure to Provide contract signed by the parties | $100,000.00 |
| Failure to Provide IRS 1099 OID(s), and other IRS reporting form(s) requirements upon request | $100,000.00 |
| Default by non-response or incomplete response | $100,000.00 |
| Racketeering 18 USC §1961-1968 | $1,000,000.00 |
| Theft of Public Funds  18 USC §1961-1968 | $1,000,000.00 |
| Dishonor in Commerce UCC §3-502 | $1,000,000.00 |
| Confiscation/kidnapping of body not a US citizen 18 USC §1201 | $1,600,000.00 |
| Attempted extortion of Signature | $6,000,000.00 |
| Services to others and corporations(10 hours to date)$75,000.00 hour | $750,000.00 |
| Armed abuse of office 25 CFR §11.448 | $200,000.00 |
| Armed abuse of authority  25 CFR §11.448 | $200,000.00 |
| Armed abuse of emergency lighting in a non-emergency | $200,000.00 |
| Armed threat of violence 42 USC §3617 | $200,000.00 |
| Armed coercion 42 USC §3617 | $200,000.00 |
| Denied proper warrant 18USC §3571 Article 6 Bill of Rights | $250,000.00 |
| Denied right of reasonable defense argument 18USC §3571 | $250,000.00 |
| Defense evidence 18USC §3571 | $250,000.00 |
| Denied right to truth in evidence 18USC §3571 | $250,000.00 |
| Armed violation of due process  Article 5, 6 | $200,000.00 |
| Slavery (Forced compliance to contracts not held) 18USC §3571 | $250,000.00 |
| Denied provisions in the constitution 18 USC §3571 | $250,000.00 |
| Armed Treason, war against americans 18 USC §3571 | $250,000.00 |
| Armed Deprivation of rights under color of law 18USC §242 | $200,000.00 |
| Emotional distress 32 CFR §536.77(a)(3)(vii) | $200,000.00 |
| Mental anguish abuse 42 CFR §488.301 | $200,000.00 |
| Peonage (Felony) 18 USC §1581, 42 USC § 1994 | $200,000.00 |
| Unlawful incarceration Article 8, 10 Bill of Rights | $200,000.00 |
| Malicious prosecution Article 5, 6, 7, 8  Bill of Rights | $200,000.00 |
| Slander | $200,000.00 |
| Neglect/Failure to protect/act 18 USC §1621, 42 USC §1986 | $200,000.00 |
| Armed gang pressing 18 USC §521(a)(C) | $200,000.00 |
| Acting as agents to foreign principals 18 USC §219 | $200,000.00 |
| BAR violations of anti-trust laws | $200,000.00 |
| Misappropriation of taxpayer funds 18 USC §641-664 | $200,000.00 |
| Armed disturbing the peace | $200,000.00 |
| Armed kidnapping 18 USC §1201 | $200,000.00 |
| Armed misrepresentation/personage 33 USC §931 | $200,000.00 |
| Misprison of Felony 18 USC §4 | $500.00 |
| Armed conspiracy against right of people 18 USC §241 | $200,000.00 |
| Armed criminal extortion/economic oppression 18 USC §141, 18 USC §872, 25 CFR §11.417 | $200,000.00 |
| Armed extortion of rights Title 15, Article 1,4,5,6,7,8,9,10 Bill of Rights | $200,000.00 |
| Armed fictitious obligations 18 USC §514 | $200,000.00 |
| | |
| Subtotal | $32,375,500.00 |

Total damages (per fee schedule filed in the UCC 1 filing# 202307148325263)  will be assessed as the total amount of the damages as set forth herein times 3 per occurrence and included the private man/woman listed and any third party defendant.

| | |
|---|---|
| Total due | $97,126,500.00 each |

Salutation(s)

By:/s/ *lavallee; arthur sylva iv*

, :Lavallee: Arthur-Sylva IV.©

Authorized Representative for ARTHUR SYLVA LAVALLEE IV

:copyright/Copy-claim: UUC 1-308 All rights reserved

without prejudice/ or recourse

No liability. Errors & Omissions Excepted

NON-ASSUMPSIT

Calls may be recorded

i state and subscribe to before i this _1ˢᵗ_ day of _AUGUST_ 2024

:Lavallee: Arthur-Sylva IV. © was present be-fore i.

_ERICH E HERZIG_ autograph {print}

_____ notary public autograph

ERICH E. HERZIG
Notary Public, State of New York
Chemung County No. 01HE6386285
Commission Expires January 22, 20_27_

commission expires _JANUARY 22, 2027_    seal

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 11, 2023.

Brendan C. Hughes
Executive Deputy Secretary of State

Rev. 10/20

**0430386**        **2023 Jul 14 PM05:53**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Arthur S. Lavallee IV

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

lavallee, arthur s IV
c/o 131 Orchard Knoll Drive
Horseheads, NY [14845], USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME ARTHUR SYLVA LAVALLEE IV DBA A BIRTH CERTIFICATE | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS 131 ORCHARD KNOLL DRIVE | CITY HORSEHEADS | STATE NY   POSTAL CODE 14845 | COUNTRY USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION legal entity | 1f. JURISDICTION OF ORGANIZATION private | 1g. ORGANIZATIONAL ID #, if any NONE   [X] NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME ARTHUR SYLVA LAVALLEE IV DBA A SOCIAL SECURITY TRUST | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS 131 ORCHARD KNOLL DRIVE | CITY HORSEHEADS | STATE NY   POSTAL CODE 14845 | COUNTRY USA |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION legal entity | 2f. JURISDICTION OF ORGANIZATION private | 2g. ORGANIZATIONAL ID #, if any NONE   [X] NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME Lavallee | FIRST NAME Arthur | MIDDLE NAME Sylva | SUFFIX IV |
| 3c. MAILING ADDRESS 131 Orchard Knoll Drive | CITY Horseheads | STATE NY   POSTAL CODE [14845] | COUNTRY USA |

4. This FINANCING STATEMENT covers the following collateral:
**See Collateral Attachment**

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | [X] BAILEE/BAILOR | SELLER/BUYER | [X] AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA **DEBTOR IS ALSO OPERATING AS A TRANSMITTING UTILITY.**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**Filing Number-202307148325263**

0430386        2023 Jul 14 PM05:53

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | ARTHUR SYLVA LAVALLEE IV DBA A BIRTH CERTIFICATE |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| | |
|---|---|
| 11a. ORGANIZATION'S NAME | NA |

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | NA | CITY | NA | STATE NA | POSTAL CODE na | COUNTRY USA |
|---|---|---|---|---|---|---|

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION NA | 11f. JURISDICTION OF ORGANIZATION NA | 11g. ORGANIZATIONAL ID #, if any NONE | [X] NONE |
|---|---|---|---|---|---|

**12.** [X] **ADDITIONAL SECURED PARTY'S** or [ ] **ASSIGNOR S/P'S** NAME - insert only one name (12a or 12b)

| | |
|---|---|
| 12a. ORGANIZATION'S NAME | NA |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | NA | CITY | NA | STATE NA | POSTAL CODE NA | COUNTRY USA |
|---|---|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers [ ] timber to be cut or [ ] as-extracted collateral, or is filed as a [ ] fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a [ ] Trust or [ ] Trustee acting with respect to property held in trust or [ ] Decedent's Estate

**18.** Check only if applicable and check only one box.
[ ] Debtor is a TRANSMITTING UTILITY
[ ] Filed in connection with a Manufactured-Home Transaction — effective 30 years
[ ] Filed in connection with a Public-Finance Transaction — effective 30 years

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

This is Actual and Constructive Notice that all of the Debtors Interest now owned or hereinafter acquired is hereby accepted as collateral for securing contractual obligation in Secured Party as detailed in a true, correct, complete notarized Security Agreement recorded at the county recorder's office on July 14, 2023. All of Debtors assets, land, and personal property, and all of the Debtors Interest assets, land, and personal property, now owned and hereafter acquired, now existing and hereafter arising and whatever located, described fully in security Agreement No. jhk02191987hhla dated July 14, 2023 ascertaining in detail, agreement referenced above. Adjustments of this filing in accord with House Joint Resolution of June 5th 1933 and UCC 1-103 and 1-104.

Secured Party accepts Debtors signature in accord with UCC 1-201(39), 3-401

Birth Certificate #145-76-032716

Social Security Trust #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

ALL THAT TRACT OR PARCEL OF LAND situate at 131 Orchard Knoll Drive in the Town of Horseheads, County of Chemung and State of New York,

2021 Grey Coachmen Catalina 36' Bunkhouse Camper Travel Trailer

VIN #5ZT2CAXB5MX022035 Title Document No. 735098M Issue Date: 07/26/21, 2016 Dark Forest Green Dodge Ram 1500 5.7L Pickup Truck VIN #1C6RR7VT7GS111837 Title Document No. 465783S License Plate #94892M Registration document# 537183EC Issue Date: 03/22/21, ART LAVALLEE LLC DBA A.R.T.S. Auto Service File#190129020064

Date: 01-29-2019

A.R.T.S. REALITY LLC File #200508020029 Date: 05-08/2020,

Passport for LAVALLEE IV, ARTHUR SYLVA Document #513112550 Date of Issue 26 Feb 2014 Date of Expiration 25 Feb 2024,

New York State Driver License #248 689 917 date of Issue 07/07/2020 Expires 07/13/2028 Class CM, 2008 Harley Davidson FDX Super Glide 1340cc VIN #1HD1GM41X8K329801 Title Document No. 738147M Issue Date: 08/02/21, 1971 Hemi Orange Plymouth Duster 340ci 2DSD VIN #VS29H1B266662



STATE OF NEW YORK
DEPARTMENT OF STATE
ONE COMMERCE PLAZA, 99 WASHINGTON AVENUE
ALBANY, NY 12231-0001

KATHY HOCHUL
GOVERNOR

ROBERT J. RODRIGUEZ
SECRETARY OF STATE

# FILING ACKNOWLEDGMENT
August 17, 2023

ARTHUR SYLVA LAVALEE IV
131 ORCHARD KNOLL DRIVE
HORSEHEADS NY 14845

Attached is the acknowledgment copy of your recently submitted filing. This filing consists of a total of 42 pages; **however**, only the first page of the filed document is returned as part of this acknowledgment. This document has been filed with the New York State Department of State, Uniform Commercial Code Division.

The Financing Statement Amendment has been assigned Filing Number:202308110298717 , Filing Date:08/11/2023 . This document has been appended to initial Financing Statement Filing Number: 202307148325263, which was filed on 07/14/2023. The initial Financing Statement will lapse on 07/14/2028 unless continued.

If you have any concerns regarding the way this document is recorded, please contact one of our Customer Service Representatives at (518) 473-2492, or respond in writing to the UCC Data Processing Unit at the address indicated above.

Sincerely,

Uniform Commercial Code Division
Data Processing Unit

REF #: 008725

008725

2023 AUG 11  AM 9:0.

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

⌐arthur sylva lavalee IV
  131 Orchard Knoll Drive
  Horseheads, New York [14845]
  ***LEGAL MAIL***

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the ☑ REAL ESTATE RECORDS. |
|---|---|
| 202307148325263 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☑ Secured Party of record.  Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

See Security Agreement,
See Hold Harmless Indemnity Agreement,
See Attachment "A" Property List
See Common Law Copyright Notice
See Irrevocable Covenant Power of Attorney in Fact.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment).  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☑ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Lavallee | Arthur | Sylva | IV |

10. OPTIONAL FILER REFERENCE DATA

## FILING NUMBER: 202308110298717

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)



**STATE OF NEW YORK**
**DEPARTMENT OF STATE**
ONE COMMERCE PLAZA, 99 WASHINGTON AVENUE
ALBANY, NY 12231-0001

KATHY HOCHUL
GOVERNOR

ROBERT J. RODRIGUEZ
SECRETARY OF STATE

## INFORMATION REQUEST RESPONSE
July 3, 2023

ARTHUR S LAVALLEE IV
131 ORCHARD KNOLL DRIVE
HORSEHEADS NY 14845

Name of Individual Searched:
ARTHUR SYLVA LAVALLEE IV

The undersigned hereby certifies that there are no Financing Statements nor any Federal Tax Liens, which name the above debtor and which are on file as of 6/27/2023, 11:59 PM.

Please note that the Uniform Commercial Code Filing Database, including images of filings may be searched for variations of the Debtor's name and copies of records may be downloaded at the Department's website www.dos.ny.gov.

Our Customer Service Representatives may be reached at (518) 473-2492.

Sincerely,

Executive Deputy Secretary of State

Ref #: 329020

Ref#: 329020

*State of New York* } ss:
*Department of State*

*It is Hereby Certified,* that pursuant to the provision of Article 9 of the Uniform Commercial

Code, the Department of State is a proper office for filing statements under the Uniform Commercial

Code and that the Secretary of State is the custodian of such statements. It is further certified that a

diligent search has been made of the records of the Uniform Commercial Code Section of the

Department of State, and that no record has been found to be filed against ARTHUR SYLVA

LAVALLEE IV, as of June 27, 2023, 11:59 PM. ● ● ● ●





*WITNESS* my hand and the official seal of the Department
of State at the City of Albany this third day of
July, two thousand and twenty three.

Brendan C. Hughes
Executive Deputy Secretary of State

JS 44  (Rev. 03/24)

24-CV-731-JLS

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Arthur-Sylva: Lavallee IV ©

**DEFENDANTS**

Horseheads Village Judge Andrew Smith, Officers Thomas Kane, Cory Rose and State Trooper Trevor Wallner

**(b)** County of Residence of First Listed Plaintiff   Chemung
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Chemung
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [x] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane   [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product   Product Liability |  |  | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | Liability   [ ] 367 Health Care/ |  | **INTELLECTUAL** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel &   Pharmaceutical | | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| & Enforcement of Judgment | Slander   Personal Injury | | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers'   Product Liability | | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted | Liability   [ ] 368 Asbestos Personal | | [ ] 835 Patent - Abbreviated | [ ] 470 Racketeer Influenced and |
| Student Loans | [ ] 340 Marine   Injury Product | | New Drug Application | Corrupt Organizations |
| (Excludes Veterans) | [ ] 345 Marine Product   Liability | | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment | Liability  **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets | (15 USC 1681 or 1692) |
| of Veteran's Benefits | [ ] 350 Motor Vehicle   [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards | Act of 2016 | [ ] 485 Telephone Consumer |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle   [ ] 371 Truth in Lending | Act | | Protection Act |
| [ ] 190 Other Contract | Product Liability   [ ] 380 Other Personal | [ ] 720 Labor/Management | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal   Property Damage | Relations | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ |
| [ ] 196 Franchise | Injury   [ ] 385 Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | Exchange |
| | [ ] 362 Personal Injury -   Product Liability | [ ] 751 Family and Medical | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | Medical Malpractice | Leave Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights  **Habeas Corpus:** | [ ] 791 Employee Retirement | | [ ] 895 Freedom of Information |
| [ ] 220 Foreclosure | [ ] 441 Voting   [ ] 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment   [ ] 510 Motions to Vacate | | [ ] 870 Taxes (U.S. Plaintiff | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/   Sentence | | or Defendant) | [ ] 899 Administrative Procedure |
| [ ] 245 Tort Product Liability | Accommodations   [ ] 530 General | | [ ] 871 IRS—Third Party | Act/Review or Appeal of |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities -   [ ] 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Agency Decision |
| | Employment   [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [x] 950 Constitutionality of |
| | [ ] 446 Amer. w/Disabilities -   [ ] 550 Civil Rights | [ ] 465 Other Immigration | | State Statutes |
| | Other   [ ] 555 Prison Condition | Actions | | |
| | [ ] 448 Education   [ ] 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 241 and 18 USC 242

Brief description of cause:
deprivation of rights under due process of law.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
113,500,000

CHECK YES only if demanded in complaint:

JURY DEMAND:  [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE   ANDREW SMITH

DOCKET NUMBER   2024-0094

DATE
07/10/2024

SIGNATURE OF ATTORNEY OF RECORD
arthur-sylva: lavallee IV ©

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

lavallee; arthur-sylva III
c/o 131 orchard knoll drive
Horseheads, New York 14845



Retail

 

14614

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
HORSEHEADS, NY 14845
AUG 01, 2024

$12.96

R2305H126479-09

Mary C. Loewenguth
Clerk of Court
U.S. Clerks office for Western
District of New York
100 State Street
Rochester, New York 14614

RETURN RECEIPT
REQUESTED